IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 09-0452 |
| KHALIET WASHINGTON | : | |

**O R D E R**

**AND NOW,** this 5th day of February, 2010, upon consideration of Defendant's Motion To Suppress Physical Evidence (Doc. No. 17) and the Government's response thereto, and after hearing in open court, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:


/s/ *R. Barclay Surrick*
U.S. District Judge